**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2296**

———————

DEANA M. LOVE MOORE,

        Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, Chief District Judge. (7:12-cv-00104-D)

———————

Submitted: September 30, 2014    Decided: October 10, 2014

———————

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Lee Davis, III, Lumberton, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, R. A. Renfer, Jr., Assistant United States Attorney, Elisa Donohoe, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deana M. Love Moore appeals the district court's order accepting the recommendation of the magistrate judge and upholding the denial of disability benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Love-Moore v. Colvin, No. 7:12-cv-00104-D (E.D.N.C. Sept. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED